HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
IRVING BELMARES-ANCHONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IRVING BELMARES-ANCHONDO,<br><br>Defendant. | Case Nos. 1:19-cr-00041-DAD-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER**<br><br>Date:   June 30, 2020<br>Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Irving Belmares-Anchondo, that the status conference hearing currently scheduled for June 22, 2020, be vacated, and that the matter be set for a change of plea hearing before the Honorable Dale A. Drozd on June 30, 2020, at 9:00 a.m.

The parties have reached a resolution in this matter and anticipate filing a plea agreement shortly. As a result, the parties are requesting that this matter be placed on calendar for change of plea and sentencing on June 30, 2020, at 9:00 a.m. The parties agree that the delay resulting from the continuance to June 30, 2020, shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and

1 | defense investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 15, 2020

*/s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 15, 2020

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
IRVING BELMARES-ANCHONDO

**O R D E R**

**IT IS HEREBY ORDERED** that the status conference hearing set for Monday, June 22, 2020, at 1:00 p.m. before the Honorable Barbara A. McAuliffe be vacated, and that the matter be set for a change of plea hearing before the Honorable Dale A. Drozd on Tuesday, June 30, 2020, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time from June 22, 2020, through June 30, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 15, 2020**

UNITED STATES DISTRICT JUDGE