HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
IRVING BELMARES-ANCHONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:19-cr-00041-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER** |
| vs. | Date: July 6, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. Dale A. Drozd |
| IRVING BELMARES-ANCHONDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Irving Belmares-Anchondo, that the change of plea hearing currently scheduled for June 30, 2020, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to July 6, 2020, at 9:00 a.m.

The parties have reached an agreement in this case and expect to file a plea agreement. Due to a delay in receiving mail from the Fresno County Jail, the parties are currently not in receipt of the signed plea agreement. The parties expect to have a signed plea agreement prior to the next proposed change of plea hearing date.

The parties agree that the delay resulting from the continuance to July 6, 2020, shall be excluded in the interests of justice, including but not limited to, the need for the period of time

1  set forth herein for effective defense preparation and defense investigation, pursuant to 18 U.S.C.
2  § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Date: June 26, 2020                 */s/ Thomas Newman*
                                    THOMAS NEWMAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender


Date: June 26, 2020                 */s/ Reed Grantham*
                                    REED GRANTHAM
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    IRVING BELMARES-ANCHONDO

**O R D E R**

**IT IS HEREBY ORDERED** that the change of plea hearing set for Tuesday, June 30, 2020, at 9:00 a.m. before the Honorable Dale A. Drozd, be continued to Monday, July 6, 2020, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time from June 30, 2020, through July 6, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 26, 2020**

UNITED STATES DISTRICT JUDGE

Belmares – Stipulation
and Proposed Order