1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   IRVING ISMAEL BELMARES-ANCHONDO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00041-DAD-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER**
13 | vs. |
14 | IRVING ISMAEL BELMARES-ANCHONDO, | Date:   November 2, 2020
15 |  | Time:  10:00 a.m.
   |  | Judge: Hon. Dale A. Drozd
   | Defendant. |

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant

20  Federal Defender Reed Grantham, counsel for defendant Irving Ismael Belmares-Anchondo, that

21  the sentencing hearing currently scheduled for September 28, 2020, at 10:00 a.m. may be

22  continued to November 2, 2020, at 10:00 a.m.

23       On July 6, 2020, Mr. Belmares entered a plea of guilty to Count 1 of the Indictment. *See*

24  Dkt. #47. Since that date, undersigned counsel has been in contact with the probation officer

25  assigned to draft the Presentence Investigation Report (PSR) in order to arrange an interview

26  with Mr. Belmares by video. In order to prepare Mr. Belmares for the PSR interview,

27  undersigned counsel has made three separate requests to the Fresno County Jail (on July 14, July

28  24, and August 3), where Mr. Belmares is currently held, to attempt to arrange a video interview.

1   On each occasion, undersigned counsel has been informed by deputies at the Fresno County Jail
2   that Mr. Belmares is in "a medical isolation housing unit" and that a video call/interview could
3   not be arranged. Undersigned counsel is hopeful that such an interview can be arranged in the
4   near future, but deputies at the Fresno County Jail have not been able to provide a date when he
5   could be made available.
6       As a result of the delay above, the parties are in agreement that sentencing in this matter
7   may be continued to November 2, 2020, to provide sufficient time for the PSR interview to be
8   conducted and for an initial PSR report to be drafted. Accordingly, the parties request that the
9   due date for informal and formal objections be modified in accordance with a November 2, 2020
10  sentencing date.
11      The requested continuance is made with the intention of conserving time and resources
12  for both the parties and the Court. The government is in agreement with this request and the
13  requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no
14  exclusion of time is necessary.

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

Date: August 7, 2020                */s/ Thomas Newman*
                                            THOMAS NEWMAN
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: August 7, 2020                */s/ Reed Grantham*
                                            REED GRANTHAM
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            IRVING ISMAEL BELMARES-ANCHONDO

Belmares-Anchondo – Stipulation
and Proposed Order

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing set for Monday, September 28, 2020, at 10:00 a.m. be continued to Monday, November 2, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 7, 2020**              /s/ Dale A. Drozd
                                          UNITED STATES DISTRICT JUDGE

Belmares-Anchondo – Stipulation
and Proposed Order