HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
IRVING BELMARES-ANCHONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:19-cr-00041-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| IRVING BELMARES-ANCHONDO, | Date: November 30, 2020 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Irving Belmares-Anchondo, that the sentencing hearing currently scheduled for November 2, 2020, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to November 30, 2020, at 10:00 a.m.

Mr. Belmares entered a plea of guilty to Count 1 of the Indictment on July 6, 2020. *See* Dkt. #47. On September 18, 2020, Probation filed its initial Presentence Investigation Report ("PSR"). *See* Dkt. #53. Mr. Belmares submitted his informal objections to Probation on October 4, 2020. On October 13, 2020, Probation filed the final PSR. *See* Dkt. #55. Mr. Belmares filed his formal objections to the final PSR on October 19, 2020. *See* Dkt. #56.

The parties are in agreement that a continuance is appropriate in this case. Undersigned

1  counsel was notified on October 5, 2020, that Mr. Belmares tested positive for the coronavirus
2  on October 2, 2020. Subsequently, undersigned counsel was informed that Mr. Belmares will be
3  in quarantine until November 2, 2020. As a result, undersigned counsel is unable to have a video
4  call or private phone call with Mr. Belmares until November 2, 2020. In addition to the above,
5  the parties require additional time to undertake further discussions relevant for sentencing.
6      The requested continuance is made with the intention of conserving time and resources
7  for both the parties and the Court. The government is in agreement with this request and the
8  requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no
9  exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: October 23, 2020   */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 23, 2020   */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
IRVING BELMARES-ANCHONDO

Belmares – Stipulation
and Proposed Order

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing set for Monday, November 2, 2020, at 9:00 a.m. before the Honorable Dale A. Drozd, be continued to Monday, November 30, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **October 23, 2020**

_____
UNITED STATES DISTRICT JUDGE

Belmares – Stipulation
and Proposed Order

3