1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   IRVING BELMARES-ANCHONDO
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case Nos. 1:19-cr-00041-DAD-BAM

12              Plaintiff,            **STIPULATION TO CONTINUE**
                                      **SENTENCING; ORDER**
13 vs.

14 IRVING BELMARES-ANCHONDO,          Date:   December 15, 2020
                                      Time:  9:00 a.m.
15              Defendant.            Judge: Hon. Dale A. Drozd

16

17

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Irving Belmares-Anchondo, that the

21 sentencing hearing currently scheduled for December 1, 2020, at 9:00 a.m., before the Honorable

22 Dale A. Drozd, be continued to December 15, 2020, at 9:00 a.m.

23         Mr. Belmares entered a plea of guilty to Count 1 of the Indictment on July 6, 2020. *See*

24 Dkt. #47. On September 18, 2020, Probation filed its initial Presentence Investigation Report

25 ("PSR"). *See* Dkt. #53. Mr. Belmares submitted his informal objections to Probation on October

26 4, 2020. On October 13, 2020, Probation filed the final PSR. *See* Dkt. #55. Mr. Belmares filed

27 his formal objections to the final PSR on October 19, 2020. *See* Dkt. #56.

28         The parties are in agreement that a continuance is appropriate in this case. As set forth in

1    the previous stipulation, as a result of testing positive for the coronavirus on October 2, 2020,

2    Mr. Belmares was in quarantine, and not available for video calls, until November 2, 2020. In

3    part due to this delay, the parties need additional time to undertake further discussions relevant

4    for sentencing in this case.

5          The requested continuance is made with the intention of conserving time and resources

6    for both the parties and the Court. The government is in agreement with this request and the

7    requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no

8    exclusion of time is necessary.

9

10                                             Respectfully submitted,

11                                             McGREGOR W. SCOTT
                                               United States Attorney
12

13   Date: November 25, 2020                   */s/ Thomas Newman*
                                               THOMAS NEWMAN
14                                             Assistant United States Attorney
                                               Attorney for Plaintiff
15

16                                             HEATHER E. WILLIAMS
                                               Federal Defender
17

18   Date: November 25, 2020                   */s/ Reed Grantham*
                                               REED GRANTHAM
19                                             Assistant Federal Defender
                                               Attorney for Defendant
20                                             IRVING BELMARES-ANCHONDO

21

22

23

24

25

26

27

28

Belmares – Stipulation
and Proposed Order

2

1

**<u>O R D E R</u>**

2

      IT IS HEREBY ORDERED that the sentencing hearing set for Tuesday, December 1,

3

2020, at 9:00 a.m. before the Honorable Dale A. Drozd, be continued to Tuesday, December 15,

4

2020, at 9:00 a.m.

5

IT IS SO ORDERED.

6

7

    Dated:   **November 25, 2020**               

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Belmares – Stipulation
and Proposed Order

3