MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IRVING BELMARES-ANCHONDO,<br><br>　　　　Defendant. | CASE NO. 1:19-CR-00041-DAD-BAM<br><br>STIPULATION TO CONTINUE |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Irving Belmares-Anchondo, that the sentencing hearing currently scheduled for December 15, 2020, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to January 12, 2021, at 9:00 a.m.

Mr. Belmares entered a plea of guilty to Count 1 of the Indictment on July 6, 2020. *See* Dkt. #47. On September 18, 2020, Probation filed its initial Presentence Investigation Report ("PSR"). *See* Dkt. #53. Mr. Belmares submitted his informal objections to Probation on October 4, 2020. On October 13, 2020, Probation filed the final PSR. *See* Dkt. #55. Mr. Belmares filed his formal objections to the final PSR on October 19, 2020. *See* Dkt. #56.

The parties are in agreement that a continuance is appropriate in this case.  As set forth in prior stipulations, as a result of testing positive for the coronavirus on October 2, 2020, Mr. Belmares was in quarantine, and not available for video calls until November 2, 2020.  The parties needed additional time to compute the applicable Guideline calculation and prepare for sentencing given that the defendant has

satisfied the fifth (5) criteria set for in USSG § 5C1.2(a)(5).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 3, 2020 | MCGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ THOMAS NEWMAN<br>THOMAS NEWMAN<br>Assistant United States Attorney |
| Dated: December 3, 2020 | /s/ Reed Grantham<br>Attorney for Defendant<br>IRVING BELMARES ANCHONDO |

**O R D E R**

IT IS ORDERED that the December 15, 2020 sentencing in this matter is continued until January 12, 2021 at 9 am.

IT IS SO ORDERED.

Dated: **December 4, 2020**  _____
UNITED STATES DISTRICT JUDGE

2