HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
IRVING BELMARES-ANCHONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00041-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | |
| IRVING BELMARES-ANCHONDO, | Date: January 20, 2021<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Irving Belmares-Anchondo, that the sentencing hearing currently scheduled for January 12, 2021, at 9:00 a.m., before the Honorable Dale A. Drozd, be continued to January 20, 2021, at 9:00 a.m.

The defense is requesting this brief continuance to obtain additional documents relevant for sentencing in this matter. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 5, 2021

*/s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 5, 2021

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
IRVING BELMARES-ANCHONDO

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing set for Tuesday, January 12, 2021, at 9:00 a.m. before the Honorable Dale A. Drozd, be continued to Wednesday, January 20, 2021, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **January 6, 2021**

_____
UNITED STATES DISTRICT JUDGE

Belmares – Stipulation
and Proposed Order

2